Third Department. November 13, 1912.) Action by Ida A. Chew against Herbert C. Sheldon and others. No opinion. Judgment affirmed, with one bill of costs to defendants against the plaintiff. See, also, 142 App. Div. 924, 126 N. Y. Supp. 1124.

CHILDS, Appellant, v. GELHARDT, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Hazle T. Childs against Edna S. Gelhardt. No opinion. Order affirmed, with $10 costs and disbursements.

CHURCH, Appellant, v. WILSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Mary M. Church against Frank B. Wilson, as executor, etc., and others.
PER CURIAM. Motion for additional allowance of costs to the guardian ad litem granted, to the extent of allowing such a sum as will, with the taxable costs, amount to the sum of $250. Motion to amend decision granted, so as to provide that the costs awarded to the guardian ad litem, including the additional allowance, shall be payable by the executor out of the estate. See, also, 137 N. Y. Supp. 1002.

CITY OF BUFFALO, Respondent, v. GOODMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by the City of Buffalo against David Goodman. No opinion. Motion for leave to appeal to Court of Appeals (from 137 N. Y. Supp. 1114) granted.

CITY OF CORNING, Appellant, v. NEW YORK CENT. & H. R. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by the City of Corning against the New York Central & Hudson River Railroad Company and another.
PER CURIAM. Judgment, so far as appealed from, affirmed with costs.
McLENNAN, P. J., and LAMBERT, J., dissent, upon the ground that the entire structure between the two stone abutments constitutes a bridge within the meaning of the statute.

CITY OF FULTON, Respondent, v. DEUEL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 6, 1912.) Action by the City of Fulton against Geo. B. Deuel and another.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Settle order before McLENNAN, P. J., on two days' notice.
KRUSE and FOOTE, JJ., dissent.

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 13, 1912.) In the matter of the appli-

cation of the City of New York to acquire title, etc. No opinion. Reference ordered to take proof of the facts alleged in the petition. Settle order on notice.

In re CITY OF NEW YORK. In re GREEN. (Supreme Court, Appellate Division, First Department. December 13, 1912.) In the matter of the City of New York, etc. In the matter of Samuel Green. No opinions. Order affirmed, with $10 costs and disbursements. Order filed.

In re CITY OF NEW YORK. In re MICHELL et al. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) In the matter of the application of the City of New York for a writ of certiorari to Richard Michell and others, as assessors of the town of Southeast, county of Putnam, state of New York. Assessment for 1905. No opinion. Order affirmed, with $10 costs and disbursements.

In re CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) In the matter of the application of the City of Rochester to acquire certain lands for municipal purposes in the city of Rochester. No opinion. Appeal taken by Ann Curvin dismissed, without costs, upon stipulation filed.

CLARK, Respondent, v. WENDEL, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by John W. Clark against John G. Wendel. L. L. Delafield, of New York City, for appellant. T. C. Ennever, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

COLEMAN & KRAUSE v. FLEISCHMANN BROS. CO. (Supreme Court, Appellate Division. First Department. December 27, 1912.) Action by Coleman & Krause against the Fleischmann Bros. Company. No opinion. Application denied, with $10 costs. Order signed.

COLLIER, Respondent, v. POSTUM CEREAL CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Robert J. Collier against the Postum Cereal Company, Limited. J. A. O'Gorman, of New York City, for appellant. M. J. O'Brien, of New York City, for respondent. No opinion. Order modified, as provided in order, and, as modified, affirmed, without costs. Order filed. See, also, 150 App. Div. 169, 134 N. Y. Supp. 847.

COLLINS v. NEW YORK TELEPHONE CO. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by John F. L. Collins against the New York Tele-